```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602001279
Cashier ID: cstrecke
Transaction Date: 11/27/2007
Payer Name: STATE OF ALABAMA
---------------------------------
MISCELLANEOUS FEES
  For: STATE OF ALABAMA
  Case/Party: D-ALM-2-07-MC-003377-001
  Amount:         $39.00
---------------------------------
CHECK
  Remitter: ATTORNEY GENERAL'S OFFICE
  Check/Money Order Num: 1323
  Amt Tendered:  $39.00
---------------------------------
Total Due:      $39.00
Total Tendered: $39.00
Change Amt:     $0.00
```

DALM207MC3377-MEF

WILLIAM A CLARK ET AL V THE UNITED STATES

ATTY GENERAL'S OFFICE

11 SOUTH UNION STREET ROOM 303

MONTGOMERY, AL  36104