IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRIC OF ALABAMA

| | | |
|---|---|---|
| WILLIAM A. CLARK, et.al | § § | |
| Plaintiff | § § | 2:07-mc-03377-MFW-SRW |
| v. | § § | |
| | § | US Court of Federal Claims |
| THE UNTIED STATES, | § § | Case No. 1:00-CV-644C |
| Defendant | § § | |

## NOTCE OF APPEARANCE

Comes now the law firm of Cunningham, Bounds, Crowder, Brown, and Breedlove, LLC by and through the undersigned Steven L. Nicholas hereby makes its appearance as counsel for the Plaintiffs in the above referenced matter.

STEVEN L. NICHOLAS (ASB-2021-N35S)
CUNNINGHAM, BOUNDS, CROWDER,
    BROWN AND BREEDLOVE, LLC
1601 Dauphin Street
Mobile, AL 36604
251-471-6191
251-479-1031 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on this the 30 day of November, 2007, I electronically file the foregoing with the Clerk of the court using the CM/ECF system which will send notification of such filing to all counsel of record.

*<u>Attorney for Alabama National Guard</u>*
Jack W. Wallace, Jr.
Office of the Attorney General
General Civil
11 South Union Street
Montgomery, AL 3616

*<u>Attorney for the USA</u>*
Douglas K. Mickle
US Department of Justice-Commercial
Civil Division, 8th floor
1100 L. Street, NW
Washington, DC 20530

*<u>Attorney for the USA</u>*
Leura Garrett Canary
U.S. Attorney's Office
PO Box 197
Montgomery, AL 36101-0197

*<u>Attorney for Plaintiffs</u>*
Helen K. Michael
Howrey Simon
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402

STEVEN L. NICHOLAS