IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **WILLIAM A. CLARK, et al.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **US Court of Federal Claims** |
| v. | ) | 1:00-cv-944c |
| | ) | |
| **THE UNITED STATES,** | ) | USDC#: 2:07-MC-3377 |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO WITHDRAW MOTION TO QUASH**

Comes now the State Military Department, an agency of the State of Alabama doing business as the Alabama National Guard, by and through counsel, Troy King, Attorney General of Alabama, and Jack Wallace, Jr., Assistant Attorney General, to move to withdraw the motion to quash contained within its pleading entitled "**OBJECTIONS TO PLAINTIFFS' SUBPOENA AND MOTION TO QUASH**" while preserving the objections to the subpoena. The State Military Department has worked with the Plaintiffs to resolve the discovery matters to the satisfaction of the parties for the most part. The State Military Department reserves the right to file a motion for a protective order regarding the deposition of the Rule 30(b)(6) designee, based upon objections heretofore filed with the court, in the event that said dispute over the scope of the deposition cannot be resolved by the parties.

Respectfully submitted on this 27th day of December, 2007.

/s/ JACK WALLACE, JR.
JACK WALLACE, JR.
Assistant Attorney General

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL  36130
(334) 242-7555
(334) 242-2433 (fax)
jwallace@ago.state.al.us

## CERTIFICATE OF SERVICE

      I hereby certify that I have on this 27th day of December, 2007, served a copy of the foregoing upon the following parties, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

Helen Michael, Esq.
Peter Tracey, Esq.
Howrey, LLP
1299 Pennsylvania Avenue
Washington, DC  20004

Copeland, Franco, Screws & Gill
444 Perry Street
Montgomery, AL  36101

        /s/  JACK WALLACE, JR.
        OF COUNSEL